UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYWANE C. STONUM , <br><br>   Plaintiff, <br><br> v. <br><br>COUNTY OF KERN, et al., <br><br>   Defendants. | Case No.: 1:16-cv-01076 - DAD - JLT <br><br> ORDER DIRECTING THE CLERK TO ISSUE SUMMONS AS TO DEFENDANTS SHANNON OASTLER, DEBBIE SPEARS, AND DEBRA DAVIS |

  Previously, the Court directed the Clerk of Court to issue summons to defendants County of Kern, Patricia Gable, Tracy Selph, and James McClellan. (Doc. 3 at 2) In addition, the Court directed Plaintiff to complete the USM-285 forms for each of these defendants and provide copies of the complaint to the Court for service. (*Id.*) However, the Court and Clerk of Court overlooked several defendants in a list attached to the complaint, including Shannon Oastler, Debbie Spears, and Debra Davis (also known as Debbie Davis). (*See* Doc. 1 at 8)

  The Court has reviewed the allegations of the Complaint related to defendants Shannon Oastler, Debbie Spears, and Debra Davis pursuant to 28 U.S.C. § 1915A(b) and 28 U.S.C. § 1915(e)(2), and finds the allegations are not futile. Accordingly, service of the Complaint remains appropriate. Based upon the foregoing, **IT IS HEREBY ORDERED**:

  1. The Clerk of Court is DIRECTED to issue summons as to defendants Shannon Oastler, Debbie Spears, and Debra Davis; and

1

2.     The Clerk of Court is DIRECTED to make appropriate copies of the summons for service.

IT IS SO ORDERED.

Dated:   **September 12, 2016**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE