UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE STONUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01076 - DAD - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HIS REQUEST TO PROCEED IN FORMA PAUPERIS APPLICATION (Doc. 38) |

　　　　Dwayne Stonum seeks to withdraw his request to proceed *in forma pauperis* and pay the filing fee in the action. (Doc. 38) At the Scheduling Conference on July 14, 2017, Plaintiff reported that his income had changed and he was able to pay the filing fee. Accordingly, the motion to withdraw the *in forma pauperis* status is **GRANTED** and Plaintiff **SHALL** pay the filing fee[1].

IT IS SO ORDERED.

　Dated:　**July 19, 2017**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of the Court has already received the payment from Mr. Stonum. Thus, there is nothing further he need do at this time.

1