UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYWANE C. STONUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN,<br><br>　　　　Defendant. | Case No. 1:16-cv-01076-DAD-JLT<br><br>JUDGMENT IN A CIVIL ACTION |

　　　Judgment is entered in this action in favor of the Defendant on all plaintiff's claims as stated on the record in open court September 19, 2018.


　　　Dated: September 19, 2018

　　　　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK OF THE COURT

　　　　　　　　　　　　　　　　　By: */s/ Jami Thorp*
　　　　　　　　　　　　　　　　　　　　Jami Thorp, Deputy Clerk

1